ANNIE LYNCH, Appellant, *v.* THE SHANLEY COMPANY, Respondent.

*Lynch* v. *Shanley Co.,* 112 App. Div. 305, affirmed.
(Argued May 7, 1907; decided May 21, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 11, 1906, which reversed a judgment in favor of plain-

tiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been caused through defendant's negligence.

*Marston Niles* and *Nathaniel Niles* for appellant.

*Roger B. Wood*, *George Gordon Battle* and *Frederick E. Fishel* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: GRAY, O'BRIEN, VANN, WERNER and CHASE, JJ. Absent: CULLEN, Ch. J. Not voting: WILLARD BARTLETT, J.